Katherine F. Parks, Esq.
State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
GAUGHAN SOUTH LLC dba SOUTH POINT HOTEL and CASINO
and GREG FISHER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES TINDER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GAUGHAN SOUTH LLC dba SOUTH POINT HOTEL AND CASINO, a corporation; GREG FISHER, an individual; DOES 1 TO 10; ROE CORPORATIONS 1 TO 10,<br><br>　　　　　Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

COME NOW Defendants, GAUGHAN SOUTH LLC dba SOUTH POINT HOTEL and CASINO and GREG FISHER, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and provide notice of removal of this action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §1441.

**I.    INTRODUCTION**

Plaintiff CHARLES TINDER has sued the Defendants in Nevada state court presenting a cause of action for alleged wrongful termination. Plaintiff contends that he was terminated from employment at South Point Hotel and Casino on or about December 23, 2020, in violation of both federal and state law. More specifically, Plaintiff alleges that he was discriminated by the Defendants based upon his gender in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e-2a) and after he took leave under the Family Medical Leave Act following the birth of a child. Defendants thus remove this case based on the existence of federal questions

pursuant to 28 U.S.C. §1331.

**II.     PROCESS, PLEADINGS, AND ORDERS RECEIVED BY DEFENDANTS**

Defendant Gaughan South LLC dba South Point Hotel and Casino was served with the First Amended Complaint on May 31, 2022.[1] On information and belief, Defendant Greg Fisher has not been served with the First Amended Complaint. A true and correct copy of the First Amended Complaint is attached hereto as Exhibit "1."

**III.    THE COURT HAS JURISDICTION UNDER 28 U.S.C. §1331**

This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1331, as Plaintiff's First Amended Complaint contains claims based in federal law. See, Exhibit "1."

**IV.    THIS REMOVAL IS TIMELY.**

Defendants Gaughan South LLC dba South Point Hotel and Casino and Greg Fisher received the First Amended Complaint on May 31, 2022. This Notice is being filed on June 14, 2022, a date less than thirty (30) calendar days after the First Amended Complaint was received by the Defendants, and, accordingly, the removal is timely. See, 28 U.S.C. §1446(C)(3).

**V.     DEFENDANTS HAVE MET ALL OTHER REQUIREMENTS FOR REMOVAL.**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331. Removal is proper pursuant to 28 U.S.C. §1441.

2.  Defendants attach to this notice as Exhibit 1, a true and correct copy of the First Amended Complaint.

3.  Defendants will promptly file a copy of this Notice of Removal in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark pursuant to 28 U.S.C. §1446(d).

///
///
///
///

---

[1] Plaintiff filed his original complaint in state court in January of 2022. The original complaint, which was not served on the Defendants, did not name the correct legal entity with respect to Plaintiff's employer at the time of the events in question.

4. Defendants have served this Notice of Removal upon Plaintiff's counsel, Jonathan Roven, Esq.

DATED this 14th day of June, 2022.

                THORNDAL ARMSTRONG
                DELK BALKENBUSH & EISINGER

                By: /s/ Katherine F. Parks
                Katherine F. Parks, Esq.
                State Bar No. 6227
                6590 S. McCarran Blvd., Suite B
                Reno, Nevada 89509
                (775) 786-2882
                kfp@thorndal.com
                Attorneys for Defendants
                Gaughan South LLC dba South Point
                Hotel and Casino and Greg Fisher

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong Delk Balkenbush & Eisinger, and that on this date I caused the foregoing NOTICE OF REMOVAL to be served on all parties to this action by:

__X__   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____   United States District Court CM/ECF Electronic Filing Process

_____   hand delivery

_____   electronic means (fax, electronic mail, etc.)

_____   Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Jonathan D. Roven, Esq.**
**3753 Howard Hughes Parkway, Suite 200**
**Las Vegas, NV  89169**
*Attorney for Plaintiff*

DATED this 15th day of June, 2022

　　　　　　　　　　　　　　　　　　/s/ Laura Bautista
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

## INDEX OF EXHIBITS

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| 1 | First Amended Complaint | 5 |